No. 02–7960.  THOMAS v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–7964.  DEVEAUX v. LOUVIERE, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–7967.  ATANASOFF v. VELEZ ET AL.  Ct. App. Ariz. Certiorari denied.

No. 02–7968.  HILL v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 02–7969.  LEGRANDE v. NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., Stanly County, N. C.  Certiorari denied.

No. 02–7971.  SHELDON v. HOLDER, WARDEN.  C. A. 2d Cir. Certiorari denied.

No. 02–7977.  MARTIN v. UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT.  C. A. 8th Cir.  Certiorari denied.

No. 02–7978.  LALOR v. WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 02–7982.  TAYLOR v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–7983.  WYNN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–7984.  THOMAS v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 02–7985.  PLESS v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 02–7986.  MORENO v. METHODIST HOSPITAL.  C. A. 7th Cir.  Certiorari denied.

No. 02–7988.  AL-AMIN v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 02–7989.  ROBINSON v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.